**Calbert FAGAN, Petitioner–Appellant,**

v.

**Robert KUHLMANN, Respondent–Appellee.**

**Docket No. 03–2557.**

United States Court of Appeals, Second Circuit.

May 19, 2004.

Theodore S. Green, Green & Willstatter, White Plains, NY, for Appellant.

Douglas A. Spencer, Assistant District Attorney (Steven A. Hovani, Assistant District Attorney, of counsel, Thomas J. Spota, District Attorney of Suffolk County, on the brief), Office of the District Attorney of Suffolk County, Riverhead, NY, for Appellee.

PRESENT: FEINBERG, CABRANES Circuit Judges and KRAVITZ,* District Judge.

### SUMMARY ORDER

We have considered all of petitioner's arguments and have found each of them to be without merit. We affirm for substantially the reasons set forth in the District Court's opinion in *Fagan v. Kuhlman,* 267 F.Supp.2d 388 (E.D.N.Y.2003).

\*    \*    \*    \*    \*    \*

Accordingly, the judgment of the District Court is hereby **AFFIRMED.**

---

* The Honorable Mark R. Kravitz of the United States District Court for the District of Connecticut, sitting by designation.